Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

In Re:  Manuel P Marques and Albertina C Marques
Debtor

|  |  |
|---|---|
|  | Case No.: 12–31903–VFP |
|  | Chapter 7 |

Albertina C Marques
Plaintiff

v.

Navient Solutions, Inc
Defendant

---

Adv. Proc. No. 15–02157–VFP                    Judge: Vincent F. Papalia

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on December 9, 2015, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 5 – 2
Consent Order re: FOR DISCHARGE OF STUDENT LOAN DEBT BETWEEN PLAINTIFFS AND NAVIENT SOLUTIONS, INC, AND DISMISSING THIS ADVERSARY PROCEEDING, Filed by (related document:2 Summons Issued). Alice Sams , and Barry Scott Miller.. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/8/2015 (mcp)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 9, 2015
JJW: mcp

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

Marques,
        Plaintiff                                                    Adv. Proc. No. 15-02157-VFP

Navient Solutions, Inc,
        Defendant

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1              Date Rcvd: Dec 09, 2015
                             Form ID: orderntc       Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2015.
pla             +Albertina C Marques,    1052 Fairview Place,    Hillside, NJ 07205-2745
pla             +Manuel P Marques,    1052 Fairview Place,    Hillside, NJ 07205-2745
dft              Navient Solutions, Inc,    POB 9640,    Wilkes-Barre, PA  18773-9640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
dft             +E-mail/PDF: pa_dc_claims@navient.com Dec 09 2015 23:19:08      Sallie Mae,    PO BOX 9500,
                 Wilkes Barre, PA 18773-9500
                                                                                     TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2015                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2015 at the address(es) listed below:
        Barry Scott Miller    on behalf of Plaintiff Albertina C Marques bmiller@barrysmilleresq.com
        Barry Scott Miller    on behalf of Plaintiff Manuel P Marques bmiller@barrysmilleresq.com
                                                                            TOTAL: 2